## (March 23, 1953.)

In the Matter of ROBERT L. BRADFORD, Petitioner, against NICHOLAS M. PETTE, as a Justice of the Supreme Court of the State of New York, et al., Respondents.— Motion for an order under article 78 of the Civil Practice Act denied as a matter of law and in the exercise of discretion, without costs. Petitioner has an adequate remedy by appeal. Present — Nolan, P. J., Carswell, Adel, Schmidt and Beldock, JJ.

In the Matter of the Appointment of a Committee of the Person and Property of M. EDWARD HERMAN, an Alleged Incompetent, Appellant. ALEXANDER W. HERMAN et al., Appellants; HELEN HERMAN, as Committee of the Person and Property of M. EDWARD HERMAN, an Alleged Incompetent, et al., Respondents.— Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Beldock, JJ. [See *ante*, p. 837.]

WILFRED LE BEAU, Appellant, v. ALBERT A. BERNSTEIN et al., Defendants. JESSICA L. R. ZUCKER, Respondent.— Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *ante*, p. 832.]

PARK SQUARE LUMBER CORP., Respondent, v. ROBERT METRICK COMPANY, INC., et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *ante*, p. 765.]

JAMES J. QUINN, an Infant, by RITA QUINN, His Guardian ad Litem, et al., Respondents, v. CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.